■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM GABBIDON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hayes, J.), rendered December 3, 1982, convicting him of murder in

the second degree, assault in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

According the People the most favorable view of the evidence, as we must, the evidence was sufficient as a matter of law to establish the defendant's guilt *(see, People v Malizia,* 62 NY2d 755, *cert denied* 469 US 932). Moreover, upon the exercise of our factual review power we are satisfied that the evidence established the defendanat's guilt beyond a reasonable doubt and that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions, including his claim that the court's charge was unreasonably long and confusing, as well as the points raised by him *pro se,* have been considered and have been found not to require reversal *(see, People v Malloy,* 55 NY2d 296, *cert denied* 459 US 847; *People v Crimmins,* 36 NY2d 230). Mangano, J. P., Brown, Lawrence and Spatt, JJ., concur. *[See,* 116 Misc 2d 127.]